Alisa A. Martin, State Bar No. 224037
**AMARTIN LAW, PC**
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone:  (619) 308-6880
Facsimile:  (619) 308-6881

Lindsay C. David, State Bar No. 283267
**SAN DIEGO COUNTY LAW OFFICES**
2173 Salk Avenue, Suite 250
Carlsbad, California 92011
Telephone: (760) 206-3566
Facsimile:  (760) 888-3575

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KATHRYN OTICO, on behalf of herself and all others similarly situated, <br><br> Plaintiff(s), <br><br> vs. <br><br> HAWAIIAN AIRLINES, INC. <br><br> Defendant(s). | Case Number: 4:16-cv-02557 <br><br> NOTICE OF SETTLEMENT |

TO THE COURT:

Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.

Respectfully submitted this 17th day of January 2017.

/s/_____
Lindsay David, Attorney for Plaintiff

Page **1** of **1**